## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RUSSELL REED                                                          PLAINTIFF
#90765

v.                              No. 4:25-cv-531-DPM

STATE OF ARKANSAS, Administrator,
Circuit Court of Pulaski Co., 13th Division
and BENNIE O'NIEL, Special
Administrator, State of Arkansas                        DEFENDANTS

### JUDGMENT

Reed's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2025